# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 15-2521-PLA                                                                  Date  January 27, 2016

**Title:** Kevork Keurjikian and Gevork Papazian v. United States of America

---

**PRESENT:  THE HONORABLE    PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**       **(IN CHAMBERS)**

Plaintiff(s) is ordered to show cause in writing **no later than February 3, 2016**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of an Answer or other responsive pleading by defendant, or plaintiffs' request for entry of default, as an appropriate response to this OSC, on or before the above date.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED**.

cc:     Counsel of Record

Initials of Deputy Clerk____ch____