ROBERT J. LISKEY (SBN 197287)
The Liskey Law Firm
1308 East Colorado Blvd., #232
Pasadena, California 91106
Telephone: 626-319-5817
Facsimile: 626-628-3019
E-mail: robliskey@liskeylawfirm.com

Attorney for Plaintiffs
KEVORK KEURJIKIAN AND
GEVORK PAPAZIAN

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
RICHARD M. PARK (SBN 236173)
Assistant United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-3275
Facsimile: (213) 894-7819
E-mail: Richard.park@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVORK KEURJIKIAN and GEVORK PAPAZIAN,<br><br>            Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No: CV 15-02521 PLA<br><br>**ORDER APPROVING STIPULATION RE DISMISSAL WITH PREJUDICE**<br><br>Honorable Paul L. Abrams<br>United States Magistrate Judge |

1

1 | Pursuant to the Stipulation Re Dismissal with Prejudice
2 | filed by the parties,
3 | IT IS HEREBY ORDERED:
4 | 1. The Stipulation Re Dismissal with Prejudice is
5 | approved;
6 | 2. Plaintiffs' action is dismissed with prejudice in its
7 | entirety; and
8 | 3. Each party shall bear its own costs of suit and
9 | attorney's fees

DATED: July 25, 2016

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE